IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SCOTT E. PAYNE,

    Petitioner,

v.                               CASE NO. 2:05-cv-00050

                                    JUDGE SARGUS
DAVID BOBBY, Warden,           MAGISTRATE JUDGE KING

    Respondent.

### OPINION AND ORDER

On February 27, 2006, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant habeas corpus petition be dismissed. Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This case is **DISMISSED**.

**IT IS SO ORDERED.**

                                                          /s/  3-23-2006
                                               EDMUND A. SARGUS, JR.
                                               United States District Judge